# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 16-000026-01M |
| | ) | |
| MATTHEW DELEO | ) | |

## MOTION TO CONTINUE

Now comes the Defendant MATTHEW DELEO, in the above captioned matter, by and through his attorney, Matthew S. Dawson, Esq. and moves for a continuance in the above-entitled matter, currently scheduled for trial calendar call on June 29, 2016, for a period of thirty (30) days. As grounds therefore the defendant avers that:

(1) That additional period of 30 days is necessary for counsel for the continue to review voluminous discovery and to file any appropriate pre-trial motions.

(2) Said continuance will also allow counsel for the defendant to continue negotiations with the government in an effort to resolve this case without the need for trial.

(3) Both the defendant himself and the Government, through AUSA Paul F. Daly, Jr., has no objection to this request.

(4) The time requested should be excludable under the Speedy Trial Act, 18 U.S.C. § 3161.

Wherefore, the defendant's respectfully requests that the Court find that the ends of justice is served by granting an excludable thirty-day continuance of the trial now scheduled for calendar call on June 29, 2016.

Respectfully submitted,
MATTHEW DELEO

By:
LYNCH & PINE, LLC

_____
Matthew Dawson, Esq. (#5353)
One Park Row, 5th Floor
Providence, RI 02903
(401) 274-3306
(401) 274-3326
MDawson@lynchpine.com

## CERTIFICATION

I hereby certify that I electronically filed, via the ECF filing system, and caused to be delivered a true copy of the within Motion for Continuance to Paul F. Daly, Jr., AUSA, on the 17th day of June, 2016.

_____